UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA           :
                                   :    NO. 1:00-CR-00044
                                   :
        v.                         :
                                   :    **OPINION AND ORDER**
                                   :
HANS R. WESTRICH                   :
                                   :
                                   :


        The Court, having been advised that the report completed by Dr. Daniel S. Greenstein in this matter could be relevant to Case No. 1:07-CR-00017, finds no prejudice to the government or the Defendant by its release.  Accordingly, the Court ORDERS that such report may be released to counsel for both parties in Case No. 1:07-CR-00017, currently pending before the Honorable Michael R. Barrett.


        SO ORDERED.


Dated: April 17, 2007        /s/ S. Arthur Spiegel
                             S. Arthur Spiegel
                             United States Senior District Judge